IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PAIGE KINNEY,**

    *Petitioner*,

v.                            Case No.: 4:20cv269-MW/MJF

**STRONG,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Petitioner's objections, ECF No. 19.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 18, is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus is **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders." The

Clerk shall close the file.

**SO ORDERED on March 30, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
